# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>MATT VELASCO, doing business as VELASCO'S MEXICAN RESTAURANT, *et al*.<br><br>        Defendants. | **Case No.  1:16-cv-01714-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 15) |

On February 22, 2017, Plaintiff filed a notice dismissing this action with prejudice. (ECF No. 15.)  In light of the dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **February 23, 2017**                        /s/ Erica P. Grosjean
                                                                             UNITED STATES MAGISTRATE JUDGE

1